## STATE v. BOARD OF EDUCATION OF CITY OF DULUTH.[1]

June 30, 1916.

Nos. 19,796—(194).

**Case followed.**

In proceedings in the district court for St. Louis county to enforce payment of taxes on real estate remaining delinquent on the first Monday in January, 1915, the board of education of the city of Duluth interposed its separate answer with respect to a certain parcel of land occupied by the Fond du Lac school. The facts were stipulated. The matter was heard before Cant, J., who found that the land was exempt from taxation and from city assessments and ordered judgment in favor of the board of education, canceling certain assessments against the property. From the judgment entered pursuant to the order for judgment, the state (county and city) appealed. Affirmed.

*Charles E. Adams*, County Attorney, *John E. Samuelson* and *Leonard McHugh*, City Attorneys, for appellant.

*Baldwin, Baldwin & Holmes*, for respondent.

PER CURIAM.

This case is ruled by the case of State v. Board of Education of City of Duluth, supra, page 386, 158 N. W. 635. For the reasons stated in the opinion in that case the judgment appealed from in this case is affirmed.

---

## STATE v. BOARD OF EDUCATION OF CITY OF DULUTH.[1]

June 30, 1916.

Nos. 19,797—(195).

**Case followed.**

In proceedings in the district court for St. Louis county to enforce payment of taxes on real estate remaining delinquent on the first Monday in January, 1915, the board of education of the city of Duluth interposed its separate answer with respect to a certain parcel of land occupied by the Lincoln school. The facts were stipulated. The matter was heard before Cant, J., who found that the land was exempt from taxation and from city assessments and

[1] Reported in 158 N. W. 637.

ordered judgment in favor of the board of education, canceling certain assessments against the property. From the judgment entered pursuant to the order for judgment, the state (county and city) appealed. Affirmed.

*Charles E. Adams,* County Attorney, *John E. Samuelson* and *Leonard McHugh,* City Attorney, for appellant.

*Baldwin, Baldwin & Holmes,* for respondent.

PER CURIAM.

This case is ruled by the case of State v. Board of Education of City of Duluth, supra, page 386, 158 N. W. 635. For the reasons stated in the opinion in that case the judgment appealed from in this case is affirmed.

---

## VINCENZO MARCHIO v. CITY OF DULUTH.[1]

July 7, 1916.

Nos. 19,819—(204).

An appeal without merit. [Reporter.]

Action in the district court for St. Louis county to recover $1,500 for changing a street grade in front of defendant's lots by which they were left about 25 feet above the grade of the street. The case was tried before Ensign, J., and a jury which returned a verdict for $500. From an order denying its motion for judgment notwithstanding the verdict or for a new trial, defendant appealed. Affirmed.

*John E. Samuelson,* for appellant.

*W. H. Gurnee,* for respondent.

PER CURIAM.

Action by plaintiff, claiming to be the owner of two lots in Duluth fronting on Commonwealth avenue, to recover damages to the lots caused by a change of grade of the street. The case was tried to a jury, and a verdict for plaintiff returned. Defendant appeals from an order denying a new trial.

The sole contention of the city on this appeal is that the trial court erred in instructing the jury that the title to the lots was in plaintiff. The answer denied plaintiff's title, but the evidence was undisputed that plaintiff was in possession and had been for some time. In addition to the presumption arising from possession, plaintiff offered two deeds of the property to himself,

[1] Reported in 158 N. W. 612.